No. 75–5538.  CHAVIS ET AL. *v.* NORTH CAROLINA. Sup. Ct. N. C.  Motion for an *in camera* examination of amended statements of a State's witness and certiorari denied.

No. 74–1418.  BUCHANAN ET AL. *v.* EVANS ET AL., *ante,* p. 963.  Petition for rehearing denied.  MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.